UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------×

VASILIKI BOGDANI,

          *Plaintiff,*

   v.

RUBY HAS LLC, RAFAEL ZAKINOV, and LLANEY DUMLAO,

          *Defendants.*

-----------------------------------------------------------------------------×

Case No.: 21-cv-03722-LDH-SIL

**ACKNOWLEDGMENT OF SERVICE**

    I, David B. Lichtenberg, as attorney for Defendants Ruby Has LLC, Rafael Zakinov, and Llaney Dumlao, hereby acknowledge and accept service of the Summons and Complaint on behalf of all Defendants effective July 15, 2021. Acceptance of service is without prejudice to any and all defenses, with the exception of arguments that the aforesaid Defendants have not been served or have been improperly served.

Date: July 15, 2021

                                                                         */s/ David B. Lichtenberg*
                                                       David B. Lichtenberg, Esq.
                                                       Fisher & Phillips LLP
                                                     430 Mountain Avenue, Suite 303
                                                     Murray Hill, NJ 08974
                                                     (908) 516-1050
                                                     dlichtenberg@fisherphillips.com

                                                     Attorneys for Defendants