IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASILIKI BOGDANI,<br><br>                              Plaintiff,<br><br>v.<br><br>RUBY HAS LLC, RAFAEL ZAKINOV, and LLANEY DUMLAO,<br><br>                              Defendants. | Civil Action No. 2:21-cv-03722<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Vasiliki Bogdani ("Plaintiff") and Defendants Ruby Has LLC, Rafael Zakinov, and Llaney Dumlao (collectively, "Defendants"), by and through their undersigned counsel, who are authorized to enter into this Stipulation, hereby stipulate and agree, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), that any and all claims filed herein by Plaintiff should be and hereby are dismissed with prejudice, and without costs or attorneys' fees.

STIPULATED AND AGREED TO:

**MICHAEL P. PAPPAS LAW FIRM, P.C.**
*Attorneys for Plaintiff*

_____
Michael P. Pappas
3 Columbus Circle, 15th Floor
New York, New York 10019
Tel. (646) 770-7890
Fax (646) 417-6688
michael@pappaslawfirm.com

Dated: 10/27/2022

**FISHER & PHILLIPS LLP**
*Attorneys for Defendants*

_____
David B. Lichtenberg
7 Times Square, Suite 4300
New York, New York 10036
Tel. (212) 899-9960
Fax (212) 956-1971
dlichtenberg@fisherphillips.com

Dated: 10/27/2022

FP 43879668.1